UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CT-3117-BO

| | | |
|---|---|---|
| CURTIS VAN BROWN, JR., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| N.C.D.O.C., et al., | ) | |
|     Defendants. | ) | |

Pursuant to the court order entered on June 8, 2011, the case is dismissed without prejudice, summary judgment is denied as moot, and the case is closed.

SO ORDERED, this 26 day of July 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE